**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| **JAMIE BLACKMAN, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. ____________________** |
| **v.** | ) | **(Removed From The Circuit Court Of The Twentieth Judicial Circuit In And For Lee County, Florida)** |
| | ) | |
| **THE PAVILION AT HEALTHPARK, LLC, a Florida limited liability company, d/b/a PARK ROYAL HOSPITAL** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Defendant, The Pavilion at HealthPark, LLC d/b/a Park Royal Hospital ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1441, *et seq.*, hereby provides notice of the removal of this action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 19-CA-3213 to the United States District Court for the Middle District of Florida, Fort Myers Division. In support of removal, Defendant states the following:

1. This action is being removed pursuant to 28 U.S.C. § 1441(a) and (b). Plaintiff Jamie Blackman ("Plaintiff") commenced this action on May 24, 2019, by filing a Complaint with the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, styled as *Jamie Blackman, an individual, v. The Pavilion at HealthPark, LLC, a Florida limited liability company, d/b/a Park Royal Hospital*, Case No. 19-CA-3213. Plaintiff, a former employee of Defendant, seeks damages, including backpay, under the Florida Civil Rights Act for an alleged wrongful termination of employment.

2. Defendant first received a copy of the Complaint on May 31, 2019, when it was served by process server through its registered agent for service of process CT Corporation System. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed, within 30 days of Defendant's receipt of the Complaint through its registered agent for service of process.

3. Written notice of the filing of this Notice of Removal has been given to all parties in this action, and a copy of the Notice of Removal will be filed promptly with the Clerk of Circuit Court of the of the Twentieth Judicial Circuit in and for Lee County, Florida.

4. A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the Circuit Court Action is attached as Composite Exhibit "A."

5. This Court has jurisdiction over this matter pursuant to 29 U.S.C. § 1332 as complete diversity exists between the parties. Plaintiff is a resident of Florida (*see* Complaint at ¶ 7). Defendant is a wholly-owned subsidiary of Acadia Healthcare Company, Inc., a Delaware corporation with its principal place of business in Tennessee. (*See* Declaration of Kathleen Dillon ("Dillon Dec.") ¶ 2, attached hereto as Exhibit B). Defendant is an LLC, and Acadia Healthcare Company, Inc. is Defendant's sole member. (*Id*.).

6. Additionally, the amount in controversy requirement is met as Plaintiff's claims for backpay exceeds the sum or value of $75,000.00, exclusive of interest and costs. From his termination on February 16, 2018 through the filing of the complaint on May 24, 2019, Plaintiff would have earned approximately $97,314.36 in wages and $7,579.44 in employer-paid benefits had he remained employed by Park Royal. (Dillon Dec. at ¶¶ 5-10). Plaintiff would have earned approximately $173,986.28 had he remained employed through May 24, 2020, assuming a trial date one year from the filing of the Complaint, and $250,658.20 as of May 24, 2021 assuming a

trial date two years from the filing of the Complaint. All of these figures exceed the amount in controversy requirement. (Dillon Dec. at ¶ 11). Thus, removal is proper.

7. Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Middle District of Florida, Fort Myers Division, which embraces the same county where the state court action is pending.

WHEREFORE, Defendant removes the above-styled action now pending against it in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 19-CA-3213 to the United States District Court for the Middle District of Florida, Fort Myers Division.

/s/ Catherine H. Molloy
Catherine H. Molloy
Florida Bar No. 33500
West A. Holden
Florida Bar No. 0113569
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
(813) 318-5700 - Telephone
(813) 3138-5900 - Facsimile

and

John E. B. Gerth (TN BPR #024439)
Loren M. Lancaster (TN BPR #035628)
*Pro Hac Vice Motions Forthcoming*
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Jeb.Gerth@wallerlaw.com
Loren.Lancaster@wallerlaw.com

*Attorneys for Defendant Park Royal Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served *via* first class mail, postage prepaid and via email upon:

Bradley P. Rothman, Esq.
WELDON & ROTHMAN, PL
2548 Northbrooke Plaza Drive
Naples, Florida 34119
BRothman@weldonrothman.com
LShell@weldonrothman.com

*Attorney for Plaintiff*

on this the 28th day of June, 2019.

/s/ Catherine H. Molloy_______________