UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMIE BLACKMAN,

    Plaintiff,

v.                                                Case No. 2:19-cv-448-JLB-NPM

THE PAVILION AT HEALTHPARK, LLC, a
Florida limited liability company, d/b/a Park
Royal Hospital,

    Defendant.

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (Doc. 43.) The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on August 3, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] In its last order, the Court said that this case was "dismissed" but directed the clerk to "administratively close the file." (Doc. 42 at 1.) The parties' subsequent stipulation dismissed the case with prejudice, and the case should now be closed.